# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe Nos. 1–3

                    Plaintiff,

v.

                    Case No.: 1:21−cv−05220

                    Honorable Robert M. Dow Jr.

Partnerships and Unicorported Associations Identified on Schedule "A", The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons stated on the record in open court, after discussion with counsel for Plaintiff and in reliance on counsel's representations, the Court grants Plaintiff's motion for default judgment [67], with signed order to follow. In addition, Defendant Guangzhou DanSeYou Trade Co. Ltd's motion to dismiss [41] is stricken without prejudice as moot in light of settlement. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.